## UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

ISABEL LITOVICH, MICHAEL V. :
COTTRELL, FRANK HIRSCH, :
HOLDCRAFT MARITAL TRUST, and :
UNITED FOOD AND COMMERCIAL :
WORKERS UNION AND PARTICIPATING :
FOOD INDUSTRY EMPLOYERS TRI- :
STATE PENSION FUND, on Behalf of :
Themselves and All Others Similarly Situated, :

         :

         Plaintiffs, :

         :

      v. :

         :

BANK OF AMERICA CORPORATION; :
MERRILL LYNCH, PIERCE, FENNER & :
SMITH, INC.; BofA SECURITIES, INC.; :    Civil Case No. 1:20-cv-03154 (LJL)
BARCLAYS CAPITAL INC.; CITIGROUP :
INC.; CITIGROUP GLOBAL MARKETS :
INC.; CREDIT SUISSE SECURITIES (USA) :    ORAL ARGUMENT REQUESTED
LLC; DEUTSCHE BANK SECURITIES :
INC.; THE GOLDMAN SACHS GROUP, :
INC.; GOLDMAN, SACHS & CO., LLC; :
JPMORGAN CHASE & CO.; J.P. MORGAN :
SECURITIES LLC; MORGAN STANLEY; :
MORGAN STANLEY & CO., LLC; :
MORGAN STANLEY SMITH BARNEY :
LLC; NATWEST MARKETS SECURITIES :
INC.; WELLS FARGO & CO.; WELLS :
FARGO SECURITIES LLC; and WELLS :
FARGO CLEARING SERVICES, LLC, :

         Defendants. :

         :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

### NOTICE OF DEFENDANTS' JOINT MOTION TO DISMISS
### THE AMENDED CONSOLIDATED CLASS ACTION COMPLAINT

PLEASE TAKE NOTICE that upon the accompanying (i) Defendants' Memorandum of

Law in Support of Their Joint Motion to Dismiss the Amended Consolidated Class Action

Complaint for Failure to State a Claim, and (ii) the Declaration of Richard C. Pepperman II, dated December 15, 2020, and the exhibits thereto, the undersigned Defendants will move this Court, before the Honorable Lewis J. Liman, at the Daniel Patrick Moynihan United States Courthouse, Courtroom 15C, 500 Pearl Street, New York, New York, at a date and time to be determined by the Court, for an Order dismissing the Amended Consolidated Class Action Complaint in its entirety with prejudice for failure to state a claim upon which relief can be granted under Federal Rule of Civil Procedure 12(b)(6), and granting such other and further relief as the Court may deem just and proper.

Dated: December 15, 2020
       New York, New York

Respectfully submitted,


/s/ Adam S. Hakki
Adam S. Hakki
Richard F. Schwed
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, New York  10022
Telephone:  (212) 848-4000
Facsimile:  (212) 848-7179
adam.hakki@shearman.com
rschwed@shearman.com

*Attorneys for Defendants Bank of America
Corporation; BofA Securities, Inc.; and
Merrill Lynch, Pierce, Fenner & Smith
Incorporated*


/s/ Barry G. Sher
Barry G. Sher
Anthony Antonelli
PAUL HASTINGS LLP
200 Park Avenue
New York, New York  10166
Telephone:  (212) 318-6085
Facsimile:  (212) 230-5185
barrysher@paulhastings.com
anthonyantonelli@paulhastings.com

*Attorneys for Defendant Barclays Capital Inc.*


/s/ Jay Kasner
Jay Kasner
Karen M. Lent
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
One Manhattan West
New York, New York  10001
Telephone:  (212) 735-3276
Facsimile:  (917) 777-3276
jay.kasner@skadden.com
karen.lent@skadden.com

*Attorneys for Defendants Citigroup Inc. and
Citigroup Global Markets Inc.*


/s/ Herbert S. Washer
Herbert S. Washer
Sheila C. Ramesh
Tara H. Curtin
CAHILL GORDON & REINDEL LLP
32 Old Slip
New York, New York  10005
Telephone:  (212) 701-3000
hwasher@cahill.com
sramesh@cahill.com
tcurtin@cahill.com

*Attorneys for Defendant Credit Suisse
Securities (USA) LLC*

/s/ John Terzaken
John Terzaken
Adrienne V. Baxley
Lani Lear
SIMPSON THACHER & BARTLETT LLP
900 G Street, NW
Washington, DC  20001
Telephone:  (202) 636-5000
Facsimile:  (202) 636-5502
john.terzaken@stblaw.com
adrienne.baxley@stblaw.com
lani.lear@stblaw.com

Susannah S. Geltman
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, New York  10017
Telephone:  (212) 455-2762
Facsimile:  (212) 455-2502
sgeltman@stblaw.com

*Attorneys for Defendant Deutsche Bank
Securities Inc.*

/s/ Richard C. Pepperman II
Richard C. Pepperman II
Matthew J. Porpora
Jonathan S. Carter
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York  10004-2498
Telephone:  (212) 558-4000
Facsimile:  (212) 558-3588
peppermanr@sullcrom.com
porporam@sullcrom.com
carterjo@sullcrom.com

*Attorneys for Defendants The Goldman Sachs
Group, Inc. and Goldman Sachs & Co. LLC*

/s/ Robert D. Wick
Robert D. Wick
John S. Playforth
COVINGTON & BURLING LLP
One City Center
850 Tenth Street, N.W.
Washington D.C.  20001
Telephone:  (202) 662-6000
Facsimile:  (202) 662-6291
rwick@cov.com
jplayforth@cov.com

*Attorneys for Defendants JPMorgan Chase &
Co. and J.P. Morgan Securities LLC*

/s/ Richard A. Rosen
Richard A. Rosen
Susanna Michele Buergel
Brad S. Karp
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON, LLP
1285 Avenue of the Americas
New York, New York  10019
Telephone:  (212) 373-3305
Facsimile:  (212) 492-0305
rrosen@paulweiss.com
sbuergel@paulweiss.com
bkarp@paulweiss.com

Jane Baek O'Brien
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON, LLP
2001 K Street, N.W.
Washington, D.C.  20006
Telephone:  (202) 223-7300
Facsimile:  (202) 223-7420
jobrien@paulweiss.com

*Attorneys for Defendant Morgan Stanley;
Morgan Stanley & Co., LLC; and Morgan
Stanley Smith Barney LLC*

/s/ Paul S. Mishkin
Paul S. Mishkin
Adam G. Mehes
John M. Briggs
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York  10017
Telephone:  (212) 450-4292
paul.mishkin@davispolk.com
adam.mehes@davispolk.com
john.briggs@davispolk.com

*Attorneys for Defendant NatWest Markets
Securities Inc.*

/s/ Jayant W. Tambe
Jayant W. Tambe
Laura W. Sawyer
JONES DAY
250 Vesey Avenue
New York, New York  10281
Telephone:  (212) 326-3604
jtambe@jonesday.com
lwsawyer@jonesday.com

*Attorneys for Defendants Wells Fargo & Co.;
Wells Fargo Securities LLC; and Wells Fargo
Clearing Services LLC*