UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ISABEL LITOVICH, MICHAEL V. COTTRELL, FRANK HIRSCH, HOLDCRAFT MARITAL TRUST, and UNITED FOOD AND COMMERCIAL WORKERS UNION AND PARTICIPATING FOOD INDUSTRY EMPLOYERS TRI-STATE PENSION FUND, on Behalf of Themselves and All Others Similarly Situated,

                    Plaintiffs,

      v.

BANK OF AMERICA CORPORATION; MERRILL LYNCH, PIERCE, FENNER & SMITH, INC.; BofA SECURITIES, INC.; BARCLAYS CAPITAL INC.; CITIGROUP INC.; CITIGROUP GLOBAL MARKETS INC.; CREDIT SUISSE SECURITIES (USA) LLC; DEUTSCHE BANK SECURITIES INC.; THE GOLDMAN SACHS GROUP, INC.; GOLDMAN, SACHS & CO., LLC; JPMORGAN CHASE & CO.; J.P. MORGAN SECURITIES LLC; MORGAN STANLEY; MORGAN STANLEY & CO., LLC; MORGAN STANLEY SMITH BARNEY LLC; NATWEST MARKETS SECURITIES INC.; WELLS FARGO & CO.; WELLS FARGO SECURITIES LLC; and WELLS FARGO CLEARING SERVICES, LLC,

                    Defendants.

Civil Case No. 1:20-cv-03154 (LJL)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## MOTION TO WITHDRAW AS COUNSEL

Please take notice that, upon the supporting Declaration of Stephen J. Obie in Support of Motion to Withdraw as Counsel, Defendants Wells Fargo & Co., Wells Fargo Securities LLC, and Wells Fargo Clearing Services, LLC (jointly, "Wells Fargo") request that, pursuant to Local Civil Rule 1.4, the Court withdraw the appearances of Stephen J. Obie as counsel for Wells Fargo in this matter. In connection with this request for withdrawal, Wells Fargo also requests that the Clerk of Court remove Stephen J. Obie's name from the CM/ECF service list for this matter.

Wells Fargo retained Mr. Obie, an attorney licensed in New York, previously associated with the law firm Jones Day. As of March 12, 2012, Mr. Obie will no longer be affiliated with Jones Day. A proposed order is attached to this Motion. Wells Fargo will continue to be represented in this case by its other attorneys of record from Jones Day, including Jayant W. Tambe and Laura W. Sawyer.

Respectfully Submitted,

Dated: March 12, 2021
New York, New York

/s/ *Stephen J. Obie*
Stephen J. Obie
Jayant W. Tambe
Laura W. Sawyer
JONES DAY
250 Vesey Street
New York, New York 10281
Telephone: (212) 326-3939
Fax: (212) 755-7306
sobie@jonesday.com
jtambe@jonesday.com
lwsawyer@jonesday.com

*Counsel for Defendants Wells Fargo & Co.; Wells Fargo Securities LLC; and Wells Fargo Clearing Services LLC*

## **CERTIFICATE OF SERVICE**

I, Stephen J. Obie, a lawyer admitted to practice in this Court, hereby certify that, on March 12, 2021, I caused the foregoing document to be filed with the Clerk of the Court and served upon all counsel of record via the CM/ECF system.

/s/ *Stephen J. Obie*
Stephen J. Obie