UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

ISABEL LITOVICH, MICHAEL V. COTTRELL, FRANK HIRSCH, HOLDCRAFT MARITAL TRUST, and UNITED FOOD AND COMMERCIAL WORKERS UNION AND PARTICIPATING FOOD INDUSTRY EMPLOYERS TRI-STATE PENSION FUND, on Behalf of Themselves and All Others Similarly Situated,

Plaintiffs,

v.

BANK OF AMERICA CORPORATION; MERRILL LYNCH, PIERCE, FENNER & SMITH, INC.; BofA SECURITIES, INC.; BARCLAYS CAPITAL INC.; CITIGROUP INC.; CITIGROUP GLOBAL MARKETS INC.; CREDIT SUISSE SECURITIES (USA) LLC; DEUTSCHE BANK SECURITIES INC.; THE GOLDMAN SACHS GROUP, INC.; GOLDMAN, SACHS & CO., LLC; JPMORGAN CHASE & CO.; J.P. MORGAN SECURITIES LLC; MORGAN STANLEY; MORGAN STANLEY & CO., LLC; MORGAN STANLEY SMITH BARNEY LLC; NATWEST MARKETS SECURITIES INC.; WELLS FARGO & CO.; WELLS FARGO SECURITIES LLC; and WELLS FARGO CLEARING SERVICES, LLC,

Defendants.

Civil Case No. 1:20-cv-03154 (LJL)

---

**DECLARATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL**

**STEPHEN J. OBIE**, being duly sworn, deposes and states as follows:

1. I am an attorney duly admitted to practice before this Court, and was a partner at the law firm of Jones Day, 250 Vesey St., New York, NY 10281, counsel to Defendants Wells Fargo & Co., Wells Fargo Securities LLC, and Wells Fargo Clearing Services LLC (jointly, "Wells Fargo") in the above-referenced action.

2. This Declaration is submitted pursuant to Local Rule 1.4 in support of Wells Fargo's Motion to Withdraw as Counsel requesting that I, Stephen J. Obie, be withdrawn as counsel and attorney of record for Defendant Wells Fargo in the above-captioned action.

3. Wells Fargo consents to this withdrawal.

4. As of March 12, 2021 I will no longer have an affiliation with Jones Day. Jones Day will continue in its representation of Wells Fargo.

5. I do not assert a retaining or charging lien.

6. The Court entered an Initial Case Management Plan and Scheduling Order on July 14, 2020. This case has not been set for trial and the withdrawal will not occasion a request for an extension of any deadlines in the case.

7. Pursuant to Local Rule 1.4, a copy of this motion will be served upon all parties by ECF.

Respectfully Submitted,

Dated: March 12, 2021
New York, New York

/s/ *Stephen J. Obie*
Stephen J. Obie

JONES DAY
250 Vesey Street
New York, New York 10281
Telephone: (212) 326-3939
Fax: (212) 755-7306
sobie@jonesday.com

*Counsel for Defendants Wells Fargo & Co.; Wells Fargo Securities LLC; and Wells Fargo Clearing Services LLC*

**CERTIFICATE OF SERVICE**

    I, Stephen J. Obie, a lawyer admitted to practice in this Court, hereby certify that, on March 12, 2021, I caused the foregoing document to be filed with the Clerk of the Court and served upon all counsel of record via the CM/ECF system.

                                                         */s/ Stephen J. Obie*
                                                         Stephen J. Obie