UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ISABEL LITOVICH ET AL.,<br><br>           Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA CORPORATION ET AL.,<br><br>           Defendants. | No. 1:20-cv-03154 (LJL) |

## MOTION TO WITHDRAW AS COUNSEL

  Please take notice that Defendants JPMorgan Chase & Co. and J.P. Morgan Securities LLC (jointly, "JPMorgan") request that, pursuant to Local Civil Rule 1.4, the Court withdraw the appearance of Andrew W. Chang as counsel for JPMorgan in this matter. JPMorgan also requests that the Clerk of Court remove Andrew W. Chang's name from the CM/ECF service list for this matter.

  JPMorgan retained Mr. Chang, an attorney licensed in the District of Columbia and California, previously associated with the law firm Covington & Burling LLP. As of April 9, 2021, Mr. Chang will no longer be affiliated with Covington & Burling LLP. Mr. Chang does not assert a retaining or charging lien, and Mr. Chang's withdrawal will not occasion a request for an extension of any deadlines in the case. A proposed order is attached to this Motion. Covington & Burling LLP will continue to serve as counsel for JPMorgan in this matter.

Dated: McLean, VA
   April 8, 2021

                  By: s/ Robert D. Wick

                  COVINGTON & BURLING LLP

        Robert D. Wick (pro hac vice)
        John S. Playforth (pro hac vice)
        850 Tenth Street, N.W.
        Washington, D.C. 20001
        Telephone: (202) 662-6000
        rwick@cov.com
        jplayforth@cov.com

*Attorneys for Defendants JPMorgan Chase & Co. and J.P. Morgan Securities LLC.*

**CERTIFICATE OF SERVICE**

I, Robert D. Wick, a lawyer admitted to practice in this Court, hereby certify that, on April 8, 2021, I caused the foregoing document to be filed with the Clerk of the Court and served upon all counsel of record via the CM/ECF system.

s/ Robert D. Wick

Robert D. Wick
