UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ISABEL LITOVICH, et al.,

                      Plaintiffs,                    20 **CIVIL** 3154 (LJL)

        -against-                    **JUDGMENT**

BANK OF AMERICA CORPORATION, et al.,

                      Defendants.
------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated October 25, 2021, the motion to dismiss is GRANTED. Because the Court concludes that any amendment would be futile and also because the statute of limitations on Plaintiffs' claims has run and Plaintiffs have not proffered a reason for tolling the statute of limitations, and also because Plaintiffs have not requested leave to amend the Complaint if the motion to dismiss is granted, the Complaint is dismissed with prejudice; accordingly, the case is closed.

**Dated:**  New York, New York
         October 26, 2021

                                                    **RUBY J. KRAJICK**
                                                    Clerk of Court
                              **BY:**
                                                        Deputy Clerk