UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ISABEL LITOVICH, MICHAEL V. COTTRELL, FRANK HIRSCH, HOLDCRAFT MARITAL TRUST, and UNITED FOOD AND COMMERCIAL WORKERS UNION AND PARTICIPATING FOOD INDUSTRY EMPLOYERS TRISTATE PENSION FUND, on Behalf of Themselves and All Others Similarly Situated,<br><br>        Plaintiffs,<br>  v.<br><br>BANK OF AMERICA CORPORATION; MERRILL LYNCH, PIERCE, FENNER & SMITH, INC.; BofA SECURITIES, INC.; BARCLAYS CAPITAL INC.; CITIGROUP INC.; CITIGROUP GLOBAL MARKETS INC.; CREDIT SUISSE SECURITIES (USA) LLC; DEUTSCHE BANK SECURITIES INC.; THE GOLDMAN SACHS GROUP, INC.; GOLDMAN, SACHS & CO., LLC; JPMORGAN CHASE & CO.; J.P. MORGAN SECURITIES LLC; MORGAN STANLEY; MORGAN STANLEY & CO., LLC; MORGAN STANLEY SMITH BARNEY LLC; NATWEST MARKETS SECURITIES INC.; WELLS FARGO & CO.; WELLS FARGO SECURITIES LLC; and WELLS FARGO CLEARING SERVICES, LLC,<br><br>        Defendants. | Case No. 20-cv-03154<br><br>Hon. Lewis J. Liman |

## PLAINTIFFS' NOTICE OF APPEAL

Notice is hereby given that Plaintiffs-Appellants Isabel Litovich, Michael V. Cottrell, Frank Hirsch, Holdcraft Marital Trust, and United Food and Commercial Workers Union and Participating Food Industry Employers Tri-State Pension Fund, individually and on behalf of all others similarly situated, hereby appeal to the United States Court of Appeals for the Second

Circuit from the Opinion and Order (ECF No. 147) signed by District Judge Lewis J. Liman and entered on October 25, 2021, and the Clerk's Judgment on same entered on October 26, 2021 (ECF No. 148), that granted Defendants' Joint Motion to Dismiss the Amended Consolidated Class Action Complaint for failure to state a claim (ECF No. 130).  This ruling served as a final judgment terminating the civil case.

Dated: November 23, 2021

Respectfully submitted,

SCOTT+SCOTT ATTORNEYS AT LAW LLP

 *s/* Christopher M. Burke
Christopher M. Burke (CB-3648)
The Helmsley Building
230 Park Ave., 17th Floor
New York, NY 10169
Telephone: (212) 223-6444
cburke@scott-scott.com

Walter W. Noss (WN-0529)
Kate Lv (*pro hac vice*)
SCOTT+SCOTT ATTORNEYS AT LAW LLP
600 W. Broadway, Suite 3300
San Diego, CA 92101
Telephone: (619) 233-4565
wnoss@scott-scott.com
klv@scott-scott.com

George A. Zelcs (*pro hac vice*)
Robert E. Litan
Randall P. Ewing, Jr. (*pro hac vice*)
Chad E. Bell
Ryan Z. Cortazar (*pro hac vice*)
KOREIN TILLERY LLC
205 North Michigan Avenue, Suite 1950
Chicago, IL 60601
Telephone: (312) 641-9750
gzelcs@koreintillery.com
rlitan@koreintillery.com
rewing@koreintillery.com
cbell@koreintillery.com
rcortazar@koreintillery.com

Stephen M. Tillery
Robert L. King
Steven M. Berezney (SB-1978)
Michael E. Klenov
Carol L. O'Keefe
KOREIN TILLERY LLC
505 North 7th Street, Suite 3600
St. Louis, MO 63101
Telephone: (314) 241-4844
stillery@koreintillery.com
rking@koreintillery.com
sberezney@koreintillery.com
mklenov@koreintillery.com
cokeef@koreintillery.com

Michael E. Criden
Kevin B. Love (*pro hac vice*)
Lindsey C. Grossman
CRIDEN & LOVE, P.A.
7301 SW 57th Court, Suite 515
South Miami, FL 33143
Telephone: (305) 357-9000
mcriden@cridenlove.com
klove@cridenlove.com
lgrossman@cridenlove.com

Jeffrey Erez
EREZ LAW, PLLC
SunTrust International Center
1 SE 3rd Avenue, Suite 1670
Miami, FL 33131
Telephone: (305) 728-3320
jerez@erezlaw.com

Eliezer Aldarondo
ALDARONDO & LOPEZ-BRAS
ALB Plaza, Suite 400
16 Las Cumbres Ave. (Road 199)
Guaynabo, PR 00969
Telephone: (787) 474-5447
eliezer.aldarondo@gmail.com

*Attorneys for Plaintiff Isabel Litovich*

Michael E. Criden
Kevin B. Love
Lindsey C. Grossman
CRIDEN & LOVE, P.A.
7301 SW 57th Court, Suite 515
South Miami, FL 33143
Telephone: (305) 357-9000
mcriden@cridenlove.com
klove@cridenlove.com
lgrossman@cridenlove.com

*Attorneys for Plaintiff Holdcraft Marital Trust*

Joshua H. Grabar (*pro hac vice*)
GRABAR LAW OFFICE
1650 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (267) 507-6085
jgrabar@grabarlaw.com

Seth D. Rigrodsky
Timothy J. MacFall
RIGRODSKY & LONG, PA
825 East Gate Boulevard, Suite 300
Garden City, NY 11530
Telephone: (516) 683-3516
sdr@rl-legal.com
tjm@rl-legal.com

Marc H. Edelson
EDELSON LECHTZIN LLP
3 Terry Drive, Suite 205
Newtown, PA 18940
Telephone: (215) 867-2399
medelson@edelson-law.com

*Attorneys for Plaintiff Michael V. Cottrell*

4

Michael J. Freed
Douglas A. Millen
Robert J. Wozniak
FREED KANNER LONDON & MILLEN LLC
2201 Waukegan Rd, Suite 130
Bannockburn, IL 60015
Telephone: (224) 632-4500
mfreed@fklmlaw.com
dmillen@fklmlaw.com
rwozniak@fklmlaw.com

R. Alexander Saveri
Cadio Zirpoli
SAVERI & SAVERI, INC.
706 Sansome Street
San Francisco, CA 94111
Telephone: (415) 217-6810
rick@saveri.com
cadio@saveri.com

*Attorneys for Plaintiff Frank Hirsch*

John Radice
Kenneth Pickle
Daniel Rubenstein
RADICE LAW FIRM, PC
475 Wall Street
Princeton, NJ 08540
Telephone: (646) 245-8502
jradice@radicelawfirm.com
kpickle@radicelawfirm.com
drubenstein@radicelawfirm.com

Glen E. Summers
Karma M. Giulianelli
BARTLIT BECK LLP
1801 Wewatta Street, Suite 1200
Denver, CO 80202
Telephone: (303) 592-3100
glen.summers@bartlitbeck.com
karma.giulianelli@bartlitbeck.com

5

James C. Shah
Eric L. Young
SHEPHERD, FINKELMAN, MILLER
 & SHAH, LLP
1845 Walnut Street, Suite 806
Philadelphia, PA 19103
Telephone: (610) 891-9880
jshah@sfmslaw.com
eyoung@sfmslaw.com

James E. Miller
Laurie Rubinow
SHEPHERD, FINKELMAN, MILLER
 & SHAH, LLP
65 Main Street
Chester, CT 06412
Telephone: (860) 526-1100
jmiller@sfmslaw.com
lrubinow@sfmslaw.com

*Attorneys for Plaintiff United Food and Commercial Workers Union and Participating Food Industry Employers Tri-State Pension Fund*

## **CERTIFICATE OF SERVICE**

I, Christopher M. Burke, certify that on November 23, 2021, I filed a copy of the foregoing Plaintiffs' Notice of Appeal electronically using the Court's CM/ECF system, which will automatically generate notice of this filing to all Counsel of Record.

           *s/ Christopher M. Burke*