

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
OFFICE OF THE CLERK
500 PEARL STREET
NEW YORK, NEW YORK 10007

RUBY J. KRAJICK
CLERK OF COURT

March 14, 2022

<u>BY ECF AND OVERNIGHT MAIL</u>

Carol Lee O'Keefe
Korein Tillery, LLC
505 North 7th Street, Suite 3600
St. Louis, MO 63101

Kate Lv
Scott and Scott Attorneys at Law LLP
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169

Adam Selim Hakki
Shearman & Sterling LLP (NY)
599 Lexington Avenue
New York, NY 10022

Anthony Antonelli
Paul Hastings LLP
200 Park Ave.
New York, NY 10166

Jay B. Kasner
Skadden, Arps, Slate, Meagher & Flom LLP
One Manhattan West
New York, NY 10001-8602

Herbert Scott Washer
Cahill Gordon & Reindel LLP
32 Old Slip
New York, NY 10005

Brian John Roe
Simpson Thacher & Bartlett LLP
425 Lexington Ave.
New York, NY 10017

Jonathan Sloan Carter
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004

Andrew W. Chang
Holwell Shuster & Goldberg LLP
425 Lexington Avenue
New York, NY 10017

Brad Scott Karp
Paul Weiss (NY)
1285 Avenue of the Americas
New York, NY 10019

Paul Steel Mishkin
Davis Polk & Wardwell LLP (NYC)
450 Lexington Avenue
New York, NY 10017

Amanda Leigh Dollinger
Jones Day (NYC)
250 Vesey Street
New York, NY 10281

Notice of Counsel of Record
March 14, 2022
Page 2

Re: 1:20-cv-03154-VEC, <u>Litovich v. Bank of America Corporation, et al.</u>

Dear Counsel,

Further to my recent correspondence dated February 25, 2022, (ECF document number 155), I write with additional information that may be of relevance to this matter.

It has come to my attention that the stock holding referenced in my February 25 letter was fully divested in July 2021, before the final Opinion and Order (ECF document number 147) terminating this case was issued in October 2021.

Sincerely,

*[signature]*

Ruby J. Krajick
Clerk of Court

cc: Hon. Valerie E. Caproni, U.S.D.J.