**Davis Polk**

John M. Briggs
+1 212 450 3292
john.briggs@davispolk.com

Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017
davispolk.com

## MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___5/11/22___

May 11, 2022

Re:     *Litovich, et al., v. Bank of America Corporation, et al.*, No. 20 Civ. 3154 (VEC)

By ECF

The Honorable Valerie E. Caproni
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Dear Judge Caproni:

Davis Polk & Wardwell LLP ("Davis Polk") represents defendant NatWest Markets Securities Inc. ("NatWest") in the above-referenced action.  After May 13, 2022, I will no longer be associated with Davis Polk and thus will no longer serve as counsel to NatWest.  Accordingly, I respectfully request that the Court instruct the docket clerk to remove my registration as counsel of record.

Davis Polk attorneys Paul S. Mishkin and Adam G. Mehes will continue to represent NatWest in this action.  Pursuant to Local Rule 1.4, I confirm that I am not asserting a retaining or charging lien.

Respectfully submitted,


/s/ John M. Briggs
John M. Briggs


cc:     All counsel of record (by ECF)


SO ORDERED.       DATE   May 11, 2022

*Valerie Caproni*
U.S.D.J.