UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ISABEL LITOVICH, MICHAEL V. COTTRELL, FRANK HIRSCH, HOLDCRAFT MARITAL TRUST, and UNITED FOOD AND COMMERCIAL WORKERS UNION AND PARTICIPATING FOOD INDUSTRY EMPLOYERS TRI-STATE PENSION FUND, on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA CORPORATION; MERRILL LYNCH, PIERCE, FENNER & SMITH, INC.; BofA SECURITIES, INC.; BARCLAYS CAPITAL INC.; CITIGROUP INC.; CITIGROUP GLOBAL MARKETS INC.; CREDIT SUISSE SECURITIES (USA) LLC; DEUTSCHE BANK SECURITIES INC.; THE GOLDMAN SACHS GROUP, INC.; GOLDMAN, SACHS & CO., LLC; JPMORGAN CHASE & CO.; J.P. MORGAN SECURITIES LLC; MORGAN STANLEY; MORGAN STANLEY & CO., LLC; MORGAN STANLEY SMITH BARNEY LLC; NATWEST MARKETS SECURITIES INC.; WELLS FARGO & CO.; WELLS FARGO SECURITIES LLC; and WELLS FARGO CLEARING SERVICES, LLC,<br><br>Defendants. | Civil Case No. 1:20-cv-03154 (LJL) |

**NOTICE AND [PROPOSED] ORDER FOR WITHDRAWAL OF COUNSEL**

PLEASE TAKE NOTICE that, upon the annexed declaration of Richard A. Rosen, and subject to the approval of the Court, Richard A. Rosen hereby withdraws as counsel for Morgan Stanley; Morgan Stanley & Co., LLC; and Morgan Stanley Smith Barney LLC ("Morgan

2

Stanley") and shall be removed from the Case Management/Electronic Case Files (CM/ECF) notification list in the above-captioned action.  Brad Scott Karp, Susanna Michele Buergel, and Jane Baek O'Brien of Paul, Weiss, Rifkind, Wharton & Garrison LLP will continue to represent Morgan Stanley in this proceeding.

DATED:  New York New York
         December 23, 2022

/s/ Richard A. Rosen
Richard A. Rosen
Paul, Weiss, Rifkind, Wharton &
  Garrison LLP
1285 Avenue of the Americas
New York, NY 10019
Tel: 212-373-3305
rrosen@paulweiss.com

SO ORDERED:

Lewis J. Liman
United States District Judge

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ISABEL LITOVICH, MICHAEL V. COTTRELL, FRANK HIRSCH, HOLDCRAFT MARITAL TRUST, and UNITED FOOD AND COMMERCIAL WORKERS UNION AND PARTICIPATING FOOD INDUSTRY EMPLOYERS TRI-STATE PENSION FUND, on Behalf of Themselves and All Others Similarly Situated,<br><br>     Plaintiffs,<br><br>  v.<br><br>BANK OF AMERICA CORPORATION; MERRILL LYNCH, PIERCE, FENNER & SMITH, INC.; BofA SECURITIES, INC.; BARCLAYS CAPITAL INC.; CITIGROUP INC.; CITIGROUP GLOBAL MARKETS INC.; CREDIT SUISSE SECURITIES (USA) LLC; DEUTSCHE BANK SECURITIES INC.; THE GOLDMAN SACHS GROUP, INC.; GOLDMAN, SACHS & CO., LLC; JPMORGAN CHASE & CO.; J.P. MORGAN SECURITIES LLC; MORGAN STANLEY; MORGAN STANLEY & CO., LLC; MORGAN STANLEY SMITH BARNEY LLC; NATWEST MARKETS SECURITIES INC.; WELLS FARGO & CO.; WELLS FARGO SECURITIES LLC; and WELLS FARGO CLEARING SERVICES, LLC,<br><br>     Defendants. | Civil Case No. 1:20-cv-03154 (LJL) |

## **DECLARATION OF RICHARD A. ROSEN**

   Richard A. Rosen, pursuant to 28 U.S.C. § 1746, declares as follows:

   1.  I am an attorney at the law firm Paul, Weiss, Rifkind, Wharton & Garrison LLP ("Paul, Weiss"), counsel for Morgan Stanley & Co. LLC in the above-captioned case. I

submit this declaration in compliance with Local Rule 1.4 to notify the Court that I am withdrawing as counsel because I am retiring from the partnership of Paul, Weiss.

2. Brad Scott Karp, Susanna Michele Buergel, and Jane Baek O'Brien of Paul, Weiss, Rifkind, Wharton & Garrison LLP will continue to represent Defendants Morgan Stanley; Morgan Stanley & Co., LLC; and Morgan Stanley Smith Barney LLC in this proceeding.

3. My withdrawal will not delay the matter or prejudice any party.

4. I am not retaining or charging a lien.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 23, 2022                             By: /s/ Richard A. Rosen
New York, New York                                             Richard A. Rosen

**Certificate of Service**

I, Richard A. Rosen, hereby certify that on December 23, 2022, I caused a true and correct copy of the foregoing to be served upon all parties to this litigation via the CM/ECF system, and on December 23, 2022, caused a true and correct copy of the foregoing to be served by electronic mail upon the following:

>Samantha Schreiber
>Akinyemi Akiwoko
>Morgan Stanley & Co. LLC
>Office of General Counsel
>1633 Broadway New York, NY 10019
>samantha.schreiber@morganstanley.com
>Akinyemi.Akiwowo@morganstanley.com

December 23, 2022
New York, New York

/s/ Richard A. Rosen
Richard A. Rosen