USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: _12/23/2022_

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ISABEL LITOVICH, MICHAEL V. COTTRELL, FRANK HIRSCH, HOLDCRAFT MARITAL TRUST, and UNITED FOOD AND COMMERCIAL WORKERS UNION AND PARTICIPATING FOOD INDUSTRY EMPLOYERS TRI-STATE PENSION FUND, on Behalf of Themselves and All Others Similarly Situated,

Plaintiffs,

v.

BANK OF AMERICA CORPORATION; MERRILL LYNCH, PIERCE, FENNER & SMITH, INC.; BofA SECURITIES, INC.; BARCLAYS CAPITAL INC.; CITIGROUP INC.; CITIGROUP GLOBAL MARKETS INC.; CREDIT SUISSE SECURITIES (USA) LLC; DEUTSCHE BANK SECURITIES INC.; THE GOLDMAN SACHS GROUP, INC.; GOLDMAN, SACHS & CO., LLC; JPMORGAN CHASE & CO.; J.P. MORGAN SECURITIES LLC; MORGAN STANLEY; MORGAN STANLEY & CO., LLC; MORGAN STANLEY SMITH BARNEY LLC; NATWEST MARKETS SECURITIES INC.; WELLS FARGO & CO.; WELLS FARGO SECURITIES LLC; and WELLS FARGO CLEARING SERVICES, LLC,

Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Civil Case No. 1:20-cv-03154 (LJL)

**NOTICE AND [PROPOSED] ORDER FOR WITHDRAWAL OF COUNSEL**

PLEASE TAKE NOTICE that, upon the annexed declaration of Richard A. Rosen, and subject to the approval of the Court, Richard A. Rosen hereby withdraws as counsel for Morgan Stanley; Morgan Stanley & Co., LLC; and Morgan Stanley Smith Barney LLC ("Morgan

Stanley") and shall be removed from the Case Management/Electronic Case Files (CM/ECF) notification list in the above-captioned action.  Brad Scott Karp, Susanna Michele Buergel, and Jane Baek O'Brien of Paul, Weiss, Rifkind, Wharton & Garrison LLP will continue to represent Morgan Stanley in this proceeding.

DATED:  New York New York
            December 23, 2022

/s/ Richard A. Rosen
Richard A. Rosen
Paul, Weiss, Rifkind, Wharton &
   Garrison LLP
1285 Avenue of the Americas
New York, NY 10019
Tel: 212-373-3305
rrosen@paulweiss.com

SO ORDERED:

*[signature]*  12/23/2022

~~Lewis J. Liman~~  Valerie Caproni
United States District Judge