UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ISABEL LITOVICH, MICHAEL V. COTTRELL, FRANK HIRSCH, HOLDCRAFT MARITAL TRUST, and UNITED FOOD AND COMMERCIAL WORKERS UNION AND PARTICIPATING FOOD INDUSTRY EMPLOYERS TRI-STATE PENSION FUND, on Behalf of Themselves and All Others Similarly Situated,<br><br>          Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA CORPORATION; MERRILL LYNCH, PIERCE, FENNER & SMITH, INC.; BofA SECURITIES, INC.; BARCLAYS CAPITAL INC.; CITIGROUP INC.; CITIGROUP GLOBAL MARKETS INC.; CREDIT SUISSE SECURITIES (USA) LLC; DEUTSCHE BANK SECURITIES INC.; THE GOLDMAN SACHS GROUP, INC.; GOLDMAN, SACHS & CO., LLC; JPMORGAN CHASE & CO.; J.P. MORGAN SECURITIES LLC; MORGAN STANLEY; MORGAN STANLEY & CO., LLC; MORGAN STANLEY SMITH BARNEY LLC; NATWEST MARKETS SECURITIES INC.; WELLS FARGO & CO.; WELLS FARGO SECURITIES LLC; and WELLS FARGO CLEARING SERVICES, LLC,<br><br>          Defendants. | No. 1:20-cv-03154-VEC |

**NOTICE AND [PROPOSED] ORDER FOR WITHDRAWAL OF COUNSEL**

PLEASE TAKE NOTICE that, upon the attached declaration of Robert L. King, and subject to the approval of the Court, Robert L. King hereby withdraws as counsel for Isabel Litovich and shall be removed from the Case Management/Electronic Case Files (CM/ECF) notification list in

the above-captioned action. Randall P. Ewing, Jr., Ryan Zachary Cortazar, Christopher M. Burke, Kate Lv, Stephen M. Tillery, Steven Michael Berezney, Michael E. Klenov, Carol Lee O'Keefe, Chad Emerson Bell, Walter W. Noss, and George A. Zelcs of Korein Tillery will continue to represent Ms. Litovich in this proceeding.

Date: December 28, 2022

By: */s Robert L. King*
Robert L. King #6209033
THE LAW OFFICE OF ROBERT L. KING
9648 Olive Blvd., Suite 224
St. Louis, MO 63132
(314) 441-6580
king@kinglaw.com

SO ORDERED:

_____
The Honorable Valerie E. Caproni
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ISABEL LITOVICH, MICHAEL V. COTTRELL, FRANK HIRSCH, HOLDCRAFT MARITAL TRUST, and UNITED FOOD AND COMMERCIAL WORKERS UNION AND PARTICIPATING FOOD INDUSTRY EMPLOYERS TRI-STATE PENSION FUND, on Behalf of Themselves and All Others Similarly Situated,<br><br>         Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA CORPORATION; MERRILL LYNCH, PIERCE, FENNER & SMITH, INC.; BofA SECURITIES, INC.; BARCLAYS CAPITAL INC.; CITIGROUP INC.; CITIGROUP GLOBAL MARKETS INC.; CREDIT SUISSE SECURITIES (USA) LLC; DEUTSCHE BANK SECURITIES INC.; THE GOLDMAN SACHS GROUP, INC.; GOLDMAN, SACHS & CO., LLC; JPMORGAN CHASE & CO.; J.P. MORGAN SECURITIES LLC; MORGAN STANLEY; MORGAN STANLEY & CO., LLC; MORGAN STANLEY SMITH BARNEY LLC; NATWEST MARKETS SECURITIES INC.; WELLS FARGO & CO.; WELLS FARGO SECURITIES LLC; and WELLS FARGO CLEARING SERVICES, LLC,<br><br>         Defendants. | No. 1:20-cv-03154-VEC |

**DECLARATION OF ROBERT L. KING**

Robert L. King, pursuant to 28 U.S.C. § 1746, declares as follows:

1. I was an attorney at the law firm Korein Tillery, LLC, counsel for Isabel Litovich in the above-captioned case. I submit this declaration in compliance with Local Rule 1.4 to notify the Court that I am withdrawing as counsel because I left Korein Tillery in June 2021.

2. Randall P. Ewing, Jr., Ryan Zachary Cortazar, Christopher M. Burke, Kate Lv, Stephen M. Tillery, Steven Michael Berezney, Michael E. Klenov, Carol Lee O'Keefe, Chad Emerson Bell, Walter W. Noss, and George A. Zelcs of Korein Tillery will continue to represent Ms. Litovich in this proceeding.

3. My withdrawal will not delay the matter or prejudice any party.

4. I am not retaining or charging a lien.

5. I do not have Ms. Litovich's contact information and therefore request, pursuant to Local Rule 1.4, that the Court excuse me from personally serving Ms. Litovich with this Notice and Declaration, instead permitting service on her above-named counsel of record to suffice.

I declare under penalty of perjury that the foregoing is true and correct.

| | |
|---|---|
| Executed on December 28, 2022<br>St. Louis, Missouri | By: */s Robert L. King*<br>Robert L. King |

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that on December 28, 2022, I caused a true and correct copy of the foregoing to be served upon all parties to this litigation via the CM/ECF system.

By: */s Robert L. King*
Robert L. King