**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
ISABEL LITOVICH; MICHAEL V. COTTRELL;
FRANK HIRSCH; HOLDCRAFT MARITAL
TRUST; and UNITED FOOD AND
COMMERCIAL WORKERS UNION AND
PARTICIPATING FOOD INDUSTRY
EMPLOYERS TRI-STATE PENSION FUND, on
Behalf of Themselves and All Others Similarly
Situated,

                     Plaintiffs,

    -against-                            20 **CIVIL** 3154 (VEC)

                                       **JUDGMENT**

BANK OF AMERICA CORPORATION;
MERRILL LYNCH, PIERCE, FENNER &
SMITH, INC.; BANK OF AMERICA
SECURITIES, INC.; BARCLAYS CAPITAL
INC.; CITIGROUP INC.; CITIGROUP GLOBAL
MARKETS INC.; CREDIT SUISSE SECURITIES
(USA) LLC; DEUTSCHE BANK SECURITIES
INC.; THE GOLDMAN SACHS GROUP, INC.;
GOLDMAN, SACHS & CO., LLC; JPMORGAN
CHASE & CO.; J.P. MORGAN SECURITIES
LLC; MORGAN STANLEY; MORGAN
STANLEY & CO., LLC; MORGAN STANLEY
SMITH BARNEY LLC; NATWEST MARKETS
SECURITIES INC.; WELLS FARGO & CO.;
WELLS FARGO SECURITIES LLC; and WELLS
FARGO CLEARING SERVICES, LLC,

                     Defendants.
-----------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 02, 2025, Defendants' motion to dismiss the SAC is GRANTED. Although leave to amend should generally be "freely give[n]," Fed. R. Civ. P. 15(a)(2), "leave to amend a complaint may be denied when amendment would be futile." Tacker v. Philip Morris Cos., Inc., 470 F.3d 481, 491 (2d Cir. 2006) (citation omitted).

Plaintiffs have already amended the Complaint twice, and any further amendment would be futile. Despite several opportunities to amend, Plaintiffs are still asserting the same disparate allegations without pleading facts sufficient from which the Court can infer a conspiracy. For those reasons, leave to amend is denied; accordingly, the case is closed.

**Dated:**  New York, New York

       September 2, 2025

                                        **TAMMI M. HELLWIG**
                                        _____
                                        **Clerk of Court**

                    **BY:**  *[signature]*
                                        **Deputy Clerk**